UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Actions in Exhibit A _____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

**ORDER DISMISSING CASES**

Between April 4, 2024, to October 18, 2024, Plaintiffs' counsel filed notices of suggestion of death of Plaintiffs listed in the attached Exhibit A. Pursuant to Rule 25(a)(1), a party has 90 days from the date the court is notified of a party's death to file a motion to substitute the proper party. "If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a). A motion to substitute has not been filed in any of the cases listed in Exhibit A. Accordingly, the cases listed in Exhibit A are **DISMISSED**.

**SO ORDERED** this 19th day of February 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

**Exhibit A**

A. J. Satberry, 1:16-cv-1119

Paul Hardesty, Jr., 1:17-cv-2347

Thomas Chambers, 1:17-cv-2729

Judy Smith, 1:18-cv-2433

Henrianna Pearce, 1:18-cv-2428

Anne Christy, 1:18-cv-3276

Sharon Carver, 1:18-cv-3868

Jeffrey Kucinski, 1:19-cv-855

Willie Cotton, 1:19-cv-884

Audrey Kuntzler, 1:19-cv-1472

Betty Bledsoe, 1:19-cv-1500

Rodney Gray, 1:19-cv-1527

John Stewart, 1:19-cv-2454

Alan Krappitz, 1:19-cv-2908

Beverly Martin, 1:19-cv-3349

James Paige, 1:19-cv-3355

Cornelia Palmer, 1:19-cv-3356

Clara Ekman, 1:19-cv-3772

Sherry Springer, 1:19-cv-4033

Donald Farrell, 1:20-cv-222

David Clifton, 1:20-cv-537

Gary Thornton, 1:20-cv-582

Roger Mulcahy, 1:20-cv-1015

Sheila Davenport, 1:21-cv-2538

Thomas Powell, 1:22-cv-1743

Michael Llewellyn, 1:24-cv-404